■ In the Matter of WILLIAM I. CROSBY, Appellant, against GUARANTEED SANITATION, INC., et al., Respondents.— Order unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ LOUIS EICHNER, Appellant, v. O'ROURKE & BISCEGLIA, INC., Respondent.— Orders unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ CHARLES DE ANGELIS, Appellant, v. ALBERT GOODMAN, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ RONSON ART METAL WORKS, INC., Appellant, v. GIBSON LIGHTER MFG. Co. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ PURITAN FABRICS, INC., Appellant, v. PRINCETON KNITTING MILLS, INCORPORATED, Respondent, et al., Defendant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ MANUEL KRIEGEL, Appellant, v. ALLE PACKING Co. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ LEONARD SILLMAN et al., Appellants, v. TWENTIETH CENTURY-FOX FILM CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between LUGAY FROCKS, INC., Appellant, and JOINT BOARD DRESSMAKERS' UNION, I. L. G. W. U., AFL, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, Joint Board Dressmakers' Union, I. L. G. W. U., AFL. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between ALOHA FROCKS, INC., Appellant, and JOINT BOARD DRESSMAKERS' UNION, I. L. G. W. U., AFL., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, Joint Board Dressmakers' Union, I. L. G. W. U., AFL. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ FRANCES CHERNOW, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously reversed on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and motion by plaintiff for an order granting a preference pursuant to rule V of the New York County Supreme Court Trial Term Rules is granted. The medical affidavits reveal that plaintiff suffered a fracture of two bones of the right wrist and a compression of the 12th dorsal vertebra. Considering the nature of the injuries and the special damages, plaintiff has made a sufficient showing to warrant a preference within the meaning of rule V. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.